Edward BAILEY, Plaintiff–Appellant,

v.

Jeff HANSON; et al., Defendants–
Appellees.

No. 06–35471.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2007 *.

Filed Aug. 22, 2007.

Edward Bailey, Umatilla, OR, pro se.

Richard W. Wasserman, Office of the
Oregon Attorney General, Salem, OR, for
Defendants–Appellees.

Before: KLEINFELD, SILVERMAN,
and M. SMITH, Circuit Judges.

MEMORANDUM **

Edward Bailey appeals pro se from the
district court's order dismissing his 42
U.S.C. § 1983 action as untimely. We
have jurisdiction under 28 U.S.C. § 1291.
We review de novo, *Ventura Mobilehome
Cmty. Owners Ass'n v. City of San Buena-
ventura*, 371 F.3d 1046, 1050 (9th Cir.
2004), and we affirm.

Bailey's Section 1983 action is gov-
erned by Oregon's two-year statute of limi-
tations for personal injury actions. *See*
O.R.S. § 12.110(1); *Carpinteria Valley
Farms, Ltd. v. County of Santa Barbara*,
344 F.3d 822, 828 (9th Cir.2003) ("The
applicable statute of limitations for actions
brought pursuant to 42 U.S.C. § 1983 is

---

* The panel unanimously finds this case suitable
  for decision without oral argument, and we
  therefore deny Bailey's request for oral argu-
  ment. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
   cation and is not precedent except as provid-
   ed by 9th Cir. R. 36-3.

the forum state's statute of limitations for personal injury actions.").

 Even if the pendency of Bailey's state and federal habeas petitions tolled the two-year statute of limitations, the untolled days accrued prior to the filing of this case still exceed the two-year limit.

We also reject Bailey's contention that his ongoing confinement to the Intensive Management Unit extends the statute of limitations because in effect what he complains of is the "continuing impact" of being transferred into the Intensive Management Unit. *Knox v. Davis*, 260 F.3d 1009, 1013 (9th Cir.2001) ("[T]his court has repeatedly held that a mere continuing impact from past violations is not actionable.") (internal quotations omitted).

All pending motions are denied.

**AFFIRMED.**